UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                                                                           CASE: A16-59245-PWB

GAYNA BEVONNE WEEKS                                                             CHAPTER 13

**Debtor**

## Notice of Final Cure

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Mary Ida Townson files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  WELLS FARGO BANK NA

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 3 | 8977 | $613.39 | $613.39 | $613.39 |
| Total Amount Paid by Trustee | | | | $613.39 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit              **X**  Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

1

A16-59245-PWB

## **CERTIFICATE OF SERVICE**

This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

GAYNA BEVONNE WEEKS
172 TITAN ROAD
STOCKBRIDGE, GA 30281

WELLS FARGO BANK NA
ATTN: PYMT PROC MAC X2302-04C
ONE HOME CAMPUS
DES MOINES, IA  50328

WELLS FARGO BANK
ATTN: BANKRUPTCY ADMINISTRATOR
1000 BLUE GENTIAN ROAD
EAGAN, MN  55121

ALDRIDGE PITE, LLC
ATTN: BANKRUPTCY ADMINISTRATOR
FIFTEEN PIEDMONT CENTER
3575 PIEDMONT ROAD, NE. STE 500
ATLANTA, GA 30305

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court Electronic Filing program, which sends a notice of this document and an accompanying link to the document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

THE SEMRAD LAW FIRM, L.L.C.

Dated: March 14, 2019

                Respectfully submitted,

                _/s/_____
                Mary Ida Townson, Attorney
                Standing Chapter 13 Trustee
                GA Bar No. 715063
                191 Peachtree Street, Suite 2200
                Atlanta, GA  30303-1740
                (404) 525-1110
                maryidat@atlch13tt.com