UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>GAYNA BEVONNE WEEKS<br><br>Debtor(s) | Case No. A16-59245-PWB |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Mary Ida Townson, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/27/2016.

2) The plan was confirmed on 09/28/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 02/20/2019.

6) Number of months from filing to last payment: 33.

7) Number of months case was pending: 36.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $15,142.00.

10) Amount of unsecured claims discharged without payment: $8,045.41.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $20,959.95 |
| Less amount refunded to debtor | $837.09 |

**NET RECEIPTS:** $20,122.86

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,171.76 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,397.92 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,569.68

Attorney fees paid and disclosed by debtor:   $200.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ASHLEY FUNDING SERVICES, LLC | Unsecured | NA | 12.35 | 12.35 | 12.35 | 0.00 |
| BRENTWOOD PARK COMMUNITY AS | Secured | 798.00 | 858.67 | 858.67 | 858.67 | 0.00 |
| DEPARTMENT STORE NATIONAL BA | Unsecured | 802.00 | 802.95 | 802.95 | 802.95 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 209.85 | 209.85 | 209.85 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 3,000.00 | 3,018.26 | 3,018.26 | 3,018.26 | 0.00 |
| MIDLAND CREDIT MANAGEMENT, I | Unsecured | 1,290.00 | 1,290.72 | 1,290.72 | 1,290.72 | 0.00 |
| MIDLAND CREDIT MANAGEMENT, I | Unsecured | 405.00 | 405.38 | 405.38 | 405.38 | 0.00 |
| MUNICIPAL CREDIT UNION | Unsecured | 476.00 | 457.63 | 457.63 | 457.63 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 810.00 | 785.60 | 785.60 | 785.60 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 772.00 | 772.30 | 772.30 | 772.30 | 0.00 |
| First Premier Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Great Expressions | Unsecured | 452.20 | NA | NA | 0.00 | 0.00 |
| Hsbc Bank Usa, Na | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Newport News | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| North American Credit Services | Unsecured | 116.00 | NA | NA | 0.00 | 0.00 |
| Piedmont Plus Federal Credit U | Unsecured | 2,006.15 | NA | NA | 0.00 | 0.00 |
| Rise Credit | Unsecured | 5,247.00 | NA | NA | 0.00 | 0.00 |
| Rise Credit | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Rise Credit | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| American General | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AmeriCredit/GM Financial | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Amex | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AmSher Collection Srv | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Avant Credit, Inc | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| Capital One Auto Finance | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Childrens HealthCare Atlanta | Unsecured | 193.06 | NA | NA | 0.00 | 0.00 |
| GA DOR | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Secured | 5,249.00 | 5,145.28 | 5,145.28 | 5,145.28 | 180.80 |
| WELLS FARGO BANK NA | Secured | 119,220.00 | 613.39 | 613.39 | 613.39 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $613.39 | $613.39 | $0.00 |
| Debt Secured by Vehicle | $5,145.28 | $5,145.28 | $180.80 |
| All Other Secured | $858.67 | $858.67 | $0.00 |
| **TOTAL SECURED:** | **$6,617.34** | **$6,617.34** | **$180.80** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,018.26 | $3,018.26 | $0.00 |
| **TOTAL PRIORITY**: | **$3,018.26** | **$3,018.26** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$4,736.78** | **$4,736.78** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,569.68 |
| Disbursements to Creditors | $14,553.18 |
| **TOTAL DISBURSEMENTS** : | **$20,122.86** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/17/2019          By: /s/ Mary Ida Townson
                                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| GAYNA BEVONNE WEEKS ) | |
| ) | CASE NO. A16-59245-PWB |
| ) | |
| DEBTOR ) | |

**CERTIFICATE OF SERVICE**

This is to Certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Final Report and Account by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

   GAYNA BEVONNE WEEKS
   172 TITAN ROAD
   STOCKBRIDGE, GA  30281

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

   THE SEMRAD LAW FIRM, L.L.C.

DATED:  05/17/2019

/S/
Mary Ida Townson, Chapter 13 Trustee
State Bar No. 715063
191 Peachtree Street
Suite 2200
Atlanta, GA  30303-1740
(404) 525-1110
maryidat@atlch13tt.com

**UST Form 101-13-FR-S (9/1/2009)**