Fill in this information to identify the case:

Debtor 1  Gayna Bevonne Weeks

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __Northern__ District of __GA__
(State)

Case number  16-59245-pwb

---

Form 4100R
## Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** Wells Fargo Bank, N.A.

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 8 9 7 7

**Property address:** 172 Titan Rd
Number    Street

Stockbridge    GA    30281
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  ___/___/___
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ 1,120.95

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ 1,120.95

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    03 / 01 / 2019
MM / DD / YYYY

---

Form 4100R    **Response to Notice of Final Cure Payment**    page 1

| Debtor 1 | Gayna Bevonne Weeks | Case number (*if known*) 16-59245-pwb |
|---|---|---|
| | First Name  Middle Name  Last Name | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ◼ all payments received;
- ◼ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ◼ all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

❑ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ ___/s/ Radha Gordon___
Signature

Date 04 / 01 / 2019

| Print | Radha   Gordon | Title | Attorney (GA SBN 347192) |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

Company  Aldridge Pite, LLP

If different from the notice address listed on the proof of claim to which this response applies:

Address  3575 Piedmont Road, N.E., Suite 500
Number   Street

Atlanta              G    30305
City                 State  ZIP Code

Contact phone  (858) 750 - 7600        Email  rgordon@aldridgepite.com

| | Post Petition Due Date | Classified Payment Amount Due | Date Funds Received | Transaction Amount Received | Date Funds Applied | Classified Total Amount Applied | Debtor Suspense Balance |
|---|---|---|---|---|---|---|---|
| | | | 7/14/2016 | $1,090.89 | | | $1,090.89 |
| | 6/1/2016 | $1,090.89 | | | 7/15/2016 | $1,090.89 | $0.00 |
| | | | 8/9/2016 | $1,090.89 | | | $1,090.89 |
| | 7/1/2016 | $1,090.89 | | | 8/10/2016 | $1,090.89 | $0.00 |
| | | | 8/26/2016 | $1,090.89 | | | $1,090.89 |
| | 8/1/2016 | $1,090.89 | | | 8/29/2016 | $1,090.89 | $0.00 |
| | | | 10/14/2016 | $1,090.89 | | | $1,090.89 |
| | 9/1/2016 | $1,090.89 | | | 10/17/2016 | $1,090.89 | $0.00 |
| | | | 11/14/2016 | $1,090.89 | | | $1,090.89 |
| | 10/1/2016 | $1,090.89 | | | 11/15/2016 | $1,090.89 | $0.00 |
| | | | 12/16/2016 | $1,090.89 | | | $1,090.89 |
| | 11/1/2016 | $1,090.89 | | | 12/19/2016 | $1,090.89 | $0.00 |
| | | | 1/20/2017 | $1,090.89 | | | $1,090.89 |
| | 12/1/2016 | $1,090.89 | | | 1/23/2017 | $1,090.89 | $0.00 |
| | | | 2/22/2017 | $1,090.89 | | | $1,090.89 |
| | 1/1/2017 | $1,090.89 | | | 2/23/2017 | $1,090.89 | $0.00 |
| | | | 3/7/2017 | $1,090.89 | | | $1,090.89 |
| | 2/1/2017 | $1,090.89 | | | 3/8/2017 | $1,090.89 | $0.00 |
| | | | 4/7/2017 | $1,064.61 | | | $1,064.61 |
| | 3/1/2017 | $1,090.89 | | | 4/10/2017 | $1,064.61 | $0.00 |
| | | | 5/15/2017 | $1,090.00 | | | $1,090.00 |
| | 4/1/2017 | $1,090.89 | | | 5/16/2017 | $1,064.61 | $25.39 |
| | | | 6/19/2017 | $1,064.61 | | | $1,090.00 |
| | 5/1/2017 | $1,090.89 | | | 6/20/2017 | $1,064.61 | $25.39 |
| | | | 7/30/2017 | $1,180.00 | | | $1,205.39 |
| | 6/1/2017 | $1,173.46 | | | 7/31/2017 | $1,173.46 | $31.93 |
| | | | 8/28/2017 | $1,200.00 | | | $1,231.93 |
| | 7/1/2017 | $1,173.46 | | | 8/29/2017 | $1,173.46 | $58.47 |
| | | | 9/29/2017 | $1,175.00 | | | $1,233.47 |
| | 8/1/2017 | $1,173.46 | | | 10/2/2017 | $1,173.46 | $60.01 |
| | | | 11/3/2017 | $1,200.00 | | | $1,260.01 |
| | 9/1/2017 | $1,173.46 | | | 11/6/2017 | $1,173.46 | $86.55 |
| | | | 12/1/2017 | $1,176.00 | | | $1,262.55 |
| | 10/1/2017 | $1,173.46 | | | 12/4/2017 | $1,173.46 | $89.09 |
| | | | 1/3/2018 | $1,180.00 | | | $1,269.09 |
| | 11/1/2017 | $1,173.46 | | | 1/4/2018 | $1,173.46 | $95.63 |

**Case Number:  1659245**

**Debtor name:  GAYNA WEEKS-HALL**   **Bk Filing Date:  5/27/2016**   **First PP PmtDueDate**

|  | Post Petition Due Date | Classified Payment Amount Due | Date Funds Received | Transaction Amount Received | Date Funds Applied | Classified Total Amount Applied | Debtor Suspense Balance |
|---|---|---|---|---|---|---|---|
|  | 12/1/2017 | $1,173.46 | 2/9/2018 | $1,173.46 | 2/9/2018 | $1,173.46 | $95.63 |
|  | 1/1/2018 | $1,173.46 | 2/26/2018 | $1,173.46 | 2/26/2018 | $1,173.46 | $95.63 |
|  | 2/1/2018 | $1,173.46 | 3/21/2018 | $1,173.46 | 3/21/2018 | $1,173.46 | $95.63 |
|  | 3/1/2018 | $1,173.46 | 4/16/2018 | $1,173.46 | 4/16/2018 | $1,173.46 | $95.63 |
|  |  |  | 5/30/2018 | $1,175.00 |  |  | $1,270.63 |
|  | 4/1/2018 | $1,173.46 |  |  | 5/31/2018 | $1,173.46 | $97.17 |
|  |  |  | 6/29/2018 | $1,175.00 |  |  | $1,272.17 |
|  | 5/1/2018 | $1,173.46 |  |  | 7/2/2018 | $1,173.46 | $98.71 |
|  |  |  | 7/30/2018 | $1,175.00 |  |  | $1,273.71 |
|  | 6/1/2018 | $1,157.91 |  |  | 7/31/2018 | $1,157.91 | $115.80 |
|  | 7/1/2018 | $1,157.91 | 8/31/2018 | $1,157.91 | 8/31/2018 | $1,157.91 | $115.80 |
|  | 8/1/2018 | $1,157.91 | 10/1/2018 | $1,157.91 | 10/1/2018 | $1,157.91 | $115.80 |
|  | 9/1/2018 | $1,157.91 | 11/5/2018 | $1,157.91 | 11/5/2018 | $1,157.91 | $115.80 |
|  | 10/1/2018 | $1,157.91 | 12/7/2018 | $1,157.91 | 12/7/2018 | $1,157.91 | $115.80 |
|  | 11/1/2018 | $1,157.91 | 1/11/2019 | $1,157.91 | 1/11/2019 | $1,157.91 | $115.80 |
|  | 12/1/2018 | $1,157.91 | 2/15/2019 | $1,157.91 | 2/15/2019 | $1,157.91 | $115.80 |
|  |  |  | 3/13/2019 | $2,315.82 |  |  | $2,431.62 |
|  | 1/1/2019 | $1,157.91 |  |  | 3/14/2019 | $1,157.91 | $1,273.71 |
|  | 2/1/2019 | $1,157.91 |  |  | 3/14/2019 | $1,157.91 | $115.80 |
|  |  |  |  |  | 3/29/2019 | $78.84 | $36.96 |
|  | 3/1/2019 | $1,157.91 |  |  |  |  |  |
| Totals |  | $37,593.39 |  | $37,630.35 |  | $37,593.39 |  |

**Case Number:  1659245**

Case No: 16-59245-pwb

# UNITED STATES BANKRUPTCY COURT

## Certificate of Service

I hereby certify that a copy of the foregoing Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on

Date: April 2, 2019

| | |
|---|---|
| Chapter 13 Trustee: | Mary Ida Townson |
| Trustee Address: | Suite 2200 |
| | 191 Peachtree Street, NE |
| | Atlanta, GA 30303-1740 |
| Trustee Email: | courtdailysummary@atlch13tt.com |
| | |
| Debtor's Counsel Name: | Craig Z. Black |
| Debtor's Counsel Address: | Suite 201 |
| | 303 Perimeter Center North |
| | Atlanta, GA 30346 |
| Debtor's Counsel Email: | ganb.courtview@SLFCourtview.com |
| | |
| Debtor 1 Name: | Gayna Bevonne Weeks |
| Debtor's Mailing Address: | 172 Titan Road |
| | Stockbridge, GA 30281 |

/s/ Tori Ward